UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRENDA SPENCE                                                                   PLAINTIFF

v.                        Case No. 1:17-cv-00087-KGB/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction, *et al.*                                    DEFENDANTS

## ORDER

Before the Court is a Recommended Disposition filed by Magistrate Judge J. Thomas Ray (Dkt. No. 4). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Therefore, plaintiff Brenda Spence's complaint is dismissed without prejudice (Dkt. No. 1). It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So ordered this the 18th day of May, 2018.

Kristine G. Baker
United States District Judge